FILED
MAY - 9 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEREAN MARSHON ROBBINS, ) | Case No. CV 07-7130-SGL  (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| T. FELKER, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: 5-8-08

Stephen G. Larson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY